FILED
NOV 15 2002
CLERK
U S DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CATHERINE NOLEN WHITE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 01-A-1525-E |
| VOLVO TRUCKS OF NORTH AMERICA, INC., et al. | ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO STRIKE

Come now Defendants TRW Inc. ("TRW") and Volvo Trucks of North America, Inc. ("VTNA"), and respectfully move the Court, in accordance with Rules 26 and 37 of the Federal Rules of Civil Procedure, to enter an Order striking plaintiff's designation of Mr. Steve Alexander as an expert witness in this matter, and precluding plaintiff from calling Mr. Alexander at the trial of this case.[1] As grounds for this motion the defendants jointly state as follows:

1. This is a product liability action arising out of a motor-vehicle accident that occurred on April 5, 2001, near Brownsville, Kentucky. Specifically, plaintiff alleges that a defect in the steering gear box of the tractor-trailer rig that her decedent, Lorenza White, was driving caused Mr. White to lose control of the subject tractor and crash, resulting in his death. TRW is a component part manufacturer who supplied the steering gear box for the subject tractor. VTNA incorporated the steering gear box into the final tractor product. This case is presently set for trial on January 6, 2003.

---

[1] The undersigned represents that he has the authority to file this as a joint motion on behalf of TRW and VTNA.

1037828

2. On February 22, 2002, the Court entered a Scheduling Order outlining the pre-trial deadlines and responsibilities of the parties. The Scheduling Order required plaintiff to disclose any and all expert witnesses and provide expert reports in accordance with Federal Rule of Civil Procedure 26, no later than July 1, 2002.

3. On July 29, 2002, the Court entered an Order extending the deadline for plaintiff to disclose any and all expert witnesses and provide expert reports. Pursuant to that Order, plaintiff was required to make such disclosures no later than September 1, 2002.

4. Plaintiff did not disclose the identity of any expert regarding economic damages by the September 1, 2002, deadline. On September 3, 2002, plaintiff identified Kelly J. Todd as an expert on economic damages. (See Plaintiff's Supp. Interrogatory Answer, attached hereto as Exhibit A). Plaintiff did not produce any report concerning Kelly Todd as required by FRCP 26. On October 21, 2002 plaintiff withdrew Kelly Todd and designated, for the first time, Steve Alexander as her economic expert. (See Letter of 10/21/02, attached hereto as Exhibit B). Plaintiff did not, however, produce any report concerning Mr. Alexander, his opinions, the basis of any such opinions, or the other information required by the Federal Rules of Civil Procedure. As of the date of this Motion, plaintiff has not provided defendants with any expert report regarding economic damages, and no expert report for Mr. Alexander.

5. These defendants are required to designate their experts on November 15, 2002, the same date as the filing of this Motion. Defendants are making their disclosures without the benefit of Mr. Alexander's report. These defendants respectfully represent that they would be prejudiced if the plaintiff were allowed to call Mr. Alexander as an expert or to produce an expert report at this late date.

WHEREFORE, defendants, TRW Inc. and Volvo Trucks of North America, Inc., respectfully request that the Court enter an order granting their Motion to Strike and precluding plaintiff from calling Mr. Alexander, or offering any other expert concerning economic damages at trial.

                                                      John C. Morrow
                                                     D. Christopher Carson
                                                     Geoffrey S. Bald
                                                     R. Frank Springfield
                                                     Attorneys for Defendant
                                                     Volvo Trucks of North America, Inc.

**OF COUNSEL:**

BURR & FORMAN LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Strike has been served on the following counsel by placing a copy of same in the United States mail, postage prepaid and properly addressed as follows:

Randall S. Haynes, Esquire
Morris, Haynes & Hornsby
P. O. Box 1660
Alexander City, Alabama 35011-1660

David R. Reed, Esquire
Ann Marie Walsh, Esquire
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL 60603-3901

H. Lanier Brown, II, Esquire
Huie, Fernambucq & Stewart, LLP
Regions Bank Building
Suite 800
417 North 20th Street
Birmingham, Alabama 35203

        on this the __15th__ day of __November__ 2002.

                                                       Of Counsel

EXHIBITS

TO THIS

DOCUMENT

NOT SCANNED